# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
§
ST. JOHN, CARMELA A. § Case No. 14-01685
§
Debtor(s) §

## NOTICE OF SUCCESSOR TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRENDA PORTER HELMS, successor trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
> CLERK OF THE COURT
> 219 s. DEARBORN STREET
> CHICAGO IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on Friday, June 5, 2015 in Courtroom 240,
> Kane County Courthouse
> 100 S. Third Street
> Geneva Illinois

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____     By: Jeffrey P. Allsteadt_____
                                       CLERK OF U.S. BANKRUPTCY
                                            COURT

*BRENDA PORTER HELMS, SUCCESSOR TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
ST. JOHN, CARMELA A. § Case No. 14-01685
§
Debtor(s) §

SUMMARY OF SUCCESSOR TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 22,000.00 |
| and approved disbursements of | $ | 1,274.07 |
| leaving a balance on hand of[1] | $ | 20,725.93 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: D. GROCHOCINSKI, PRIOR TRUSTEE | $ 2,101.88 | $ 0.00 | $ 2,101.88 |
| Attorney for Trustee Fees: InnovaLaw, PC | $ 1,054.50 | $ 1,054.50 | $ 0.00 |
| Attorney for Trustee Expenses: InnovaLaw, PC | $ 39.06 | $ 39.06 | $ 0.00 |
| Other: Arthur B. Levine Company | $ 14.81 | $ 14.81 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 2,101.88 |
| Remaining Balance | | $ | 18,624.05 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 10,127.27 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 8,580.39 | $ 0.00 | $ 8,580.39 |
| 000002 | Quantum3 Group LLC as agent for | $ 714.41 | $ 0.00 | $ 714.41 |
| 000003 | American InfoSource LP as agent for | $ 832.47 | $ 0.00 | $ 832.47 |

Total to be paid to timely general unsecured creditors      $        10,127.27

Remaining Balance      $        8,496.78

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.1 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 15.59 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 8,481.19 .

Prepared By: /s/_____

*BRENDA PORTER HELMS,  SUCCESSOR TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 14-01685-DRC
Carmela A. St. John                                                 Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: bchavez              Page 1 of 2              Date Rcvd: May 06, 2015
                              Form ID: pdf006            Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 08, 2015.
```
db            +Carmela A. St. John,    213 Coe Road,    Clarendon Hills, IL 60514-1001
21435365     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:  Bank Of America,    Po Box 982235,    El Paso, TX 79998)
21435372     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court:  Childrens Place/Citicorp Credit Services,
               Attn: Centralized Bankruptcy,    Po Box 20363,    Kansas City, MO 64195)
21435367      +Cap1/neimn,    Po Box 5253,    Carol Stream, IL 60197-5253
21435368      +Capital 1 Bank,    Attn: Bankruptcy Dept.,    Po Box 30285,    Salt Lake City, UT 84130-0285
21435369      +Chase,    Po Box 24696,    Columbus, OH 43224-0696
21435370      +Chase - Toys R Us,    Chase Card Svcs/Attn:Bankruptcy Dept,    Po Box 15298,
               Wilmington, DE 19850-5298
21435371      +Chase-pier1,    Chase Card Svcs/Attn:Bankruptcy Dept,    Po Box 15298,
               Wilmington, DE 19850-5298
21435373      +Comenity Bank/Ann Taylor,    Attention: Bankruptcy,    Po Box 182686,    Columbus, OH 43218-2686
21435376      +Dsnb Bloomingdales,    Macy’s Bankruptcy Dept.,    Po Box 8053,    Mason, OH 45040-8053
21435377      +Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
21435379      +Everhome Mortgage Co/Ever Bank,    Attn: Bankruptcy Department,    301 West Bay Street,
               Jacksonville, FL 32202-5184
21435381      +Fisher and Shapiro, LLC,    2121 Waukegan Road,    Suite 301,    Bannockburn, IL 60015-1831
21435388      +Hsbc/rs,    90 Christiana Rd,    New Castle, DE 19720-3118
21435389      +Hsbc/saks,    140 W Industrial Dr,    Elmhurst, IL 60126-1602
21435390      +Hsbc/vlcty,    Attention: HSBC Retail Services,    Po Box 5264,    Carol Stream, IL 60197-5264
21435391       Mid Amer Fsl,    55th And Holmes,    Clarendon Hill, IL 60514
21435394      +Pier 1/NB/Chase,    Chase Card Services/Attention: Bankruptc,    Po Box 15298,
               Wilmington, DE 19850-5298
21435395      +Receivables Performanc,    20816 44th Ave W,    Lynnwood, WA 98036-7744
21435396      +Rnb-fields3/Macy’s,    Macy’s Bankruptcy Department,    Po Box 8053,    Mason, OH 45040-8053
21435397      +Select Portfolio Servicing,    Po Box 65250,    Salt Lake City, UT 84165-0250
21435398      +Talbots,    1 Talbots Dr,    Hingham, MA 02043-1583
21435399       Target N.b.,    C/o Target Credit Services,    Minneapolis, MN 55440
21435401      +Tnb - Target,    Po Box 673,    Minneapolis, MN 55440-0673
21435402      +Victoria’s Secret,    Attention: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
21435403      +Visa Dept. Stores,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
22307352       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 07 2015 00:39:15
               American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
               Oklahoma City, OK  73124-8848
22067144       E-mail/PDF: mrdiscen@discover.com May 07 2015 00:44:55     Discover Bank,
               DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
21435375      +E-mail/PDF: mrdiscen@discover.com May 07 2015 00:44:55     Discover Fin Svcs Llc,
               Po Box 15316,    Wilmington, DE 19850-5316
21435378      +E-mail/Text: bankruptcies@escallate.com May 07 2015 00:36:50     Escallate,    5200 Stoneham Rd,
               North Canton, OH 44720-1584
21435382      +E-mail/PDF: gecsedi@recoverycorp.com May 07 2015 00:39:24     GECRB/ Old Navy,
               Attention:  GEMB,    Po Box 103104,    Roswell, GA 30076-9104
21435383      +E-mail/PDF: gecsedi@recoverycorp.com May 07 2015 00:39:23     GECRB/Banana Republic,
               Attn: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
21435385      +E-mail/PDF: gecsedi@recoverycorp.com May 07 2015 00:39:11     GECRB/Cost Plus World M,
               Attn: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
21435387      +E-mail/PDF: gecsedi@recoverycorp.com May 07 2015 00:39:11     GECRB/JC Penny,
               Attention:  Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
21435386      +E-mail/PDF: gecsedi@recoverycorp.com May 07 2015 00:39:24     Gecrb/gap,    4125 Windward Plaza,
               Alpharetta, GA 30005-8738
21435392      +E-mail/Text: bnc@nordstrom.com May 07 2015 00:37:08     Nordstrom FSB,
               Attention: Account Services,    Po Box 6566,    Englewood, CO 80155-6566
21435393      +E-mail/Text: bankruptcydepartment@ncogroup.com May 07 2015 00:37:57     Osi Collect,
               507 Prudential Rd.,    Horsham, PA 19044-2308
22085240       E-mail/Text: bnc-quantum@quantum3group.com May 07 2015 00:37:31
               Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
                                                                                              TOTAL: 12
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21435374       Comenity Bank/vctrssec
21435384       Gecrb/belk
21435380*    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:  Fia Csna,    Po Box 982235,    El Paso, TX 79998)
21435366*    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:  Bk Of Amer,    Po Box 982235,    El Paso, TX 79998)
```

```
District/off: 0752-1           User: bchavez              Page 2 of 2             Date Rcvd: May 06, 2015
                               Form ID: pdf006            Total Noticed: 38

21435400      ##+The Bureaus Inc.,    Attention: Bankruptcy Dept.,    1717 Central St.,    Evanston, IL 60201-1507
                                                                                         TOTALS: 2, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2015                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 5, 2015 at the address(es) listed below:
              Brenda Porter Helms, ESQ    brenda.helms@albanybank.com,   bhelms@ecf.epiqsystems.com
              Brenda Porter Helms, ESQ    on behalf of Trustee Brenda Porter Helms, ESQ
               brenda.helms@albanybank.com,   bhelms@ecf.epiqsystems.com
              Meredith S Fox    on behalf of Creditor    Deutsche Bank National Trust Company, as trustee, on
               behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2005-AR1
               bknotice@klueverplatt.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 4