UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | § |
| | § |
| CARMELA A. ST. JOHN | §   Case No. 14-01685 |
| | § |
| Debtor(s) | § |

SUCCESSOR CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   BRENDA PORTER HELMS, successor chapter 7 trustee, submits this his/her Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, an order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 1,275.00 (Without deducting any secured claims) | Assets Exempt: 15,800.00 |
| Total Distributions to Claimants: 10,142.68 | Claims Discharged Without Payment: 1,115,785.00 |
| Total Expenses of Administration: 3,375.05 | |

   3) Total gross receipts of $22,200.00 (see Exhibit 1), minus funds paid to the debtor and third parties of $8,463.19 (see Exhibit 2), yielded net receipts of $13,736.81 from the liquidation of the property of the estate, which was distributed as follows:

|  | ENCKO U SEJ GF WNGF | ENCKO U CUUGT VGF | ENCKO U CNNQY GF | ENCKO U RCKF |
|---|---|---|---|---|
| UGEWT GF  ENCKO U *htqo  Gzj kdkv 5+ | & 3.2:7.428022 | &2022 | &2022 | &2022 |
| RT KQT KV[  ENCKO U< EJ CRVGT 9 CF O KP 0HGGU CPF  EJ CT IGU *htqo  Gzj kdkv 6+ | PC | 5.5970,7 | 5.5970,7 | 5.5970,7 |
| RT KQT  EJ CRVGT CF O KP 0HGGU CPF EJ CT IGU *htqo  Gzj kdkv 7+ | PC | PC | PC | PC |
| RT KQT KV[  WP UGEWT GF ENCKO U *htqo  Gzj kdkv 8+ | PC | PC | PC | PC |
| I GP GT CN  WP UGEWT GF ENCKO U *htqo  Gzj kdkv 9+ | 62.23:022 | 32.349049 | 32.349049 | 32.3640 8 |
| VQVCN  F KUDWT UGO GP VU | & 3.347.446022 | & 35.725044 | & 35.725044 | & 35.73:03 |

6+ Vj ku ecug y cu qtki kpcmn{ hkngf wpfgt ej cr vgt 9 qp  231434236 0 Vj g ecug y cu r gpf kpi hqt 3:  0qpvj u0

7+ Cmn guvcvg dcpm uvcvgo gpvu. f gr qukv' uikr u. cpf ecpegngf ej geMu' j cxg dggp uwdo kvgf vq yj g Wpkgf Uvcvgu Vtwuvgg0

8+ Cp kpfkxkfwcn guvcvg r tqr gtv{ tgeqtf cpf tgr qtv'uj qy kpi "vj g hkpcn'ceeqwpvkpi "qh'vj g cuugvu'qh'vj g guvcvg ku cwvej gf cu Gzj kdkv': 0 Vj g ecuj 'tgegkr vu'cpf  f kudwtugo gpvu'tgeqtf u hqt gcej  guvcvg dcpm ceeqwpv.'uj qy kpi "vj g hkpcn'ceeqwpvkpi "qh'tgegkr vu'cpf  f kudwtugo gpvu'qh'guvcvg hwpf u'ku cwvej gf  cu Gzj kdkv'; 0

Rwtuwcpv vq Hgf  T  Dcpm R  722; . Kj gtgd { egtvkh{ . wpf gt r gpcn { qh r gtlwt{ . vj cv vj g hqtgi qkpi  tgr qtv'ku vtwg cpf eqttgev0

Fcvgf<  2913742237              D{: /u/ DTGPFC RQTVGT J GNO U. VT WUVGG
                                           Uweeguuqt Vtwuvgg

UVCVGO GPV< Vj ku Wpkhqto  Hqto  ku cuuqekcvgf  y kj  cp qr gp dcpmtwr ve{  ecug. vj gtghqtg. Rcr gty qtm  T gf wekqp Cev gzgo r kp 7 E.HT 0 Ë354206*c+*4+ cr r nkgu0

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 213 COE ROAD CLARENDON HILLS IL | 1110-000 | 22,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 22,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| CARMELA A. ST. JOHN | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 8,481.19 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 8,481.19** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Fisher and Shapiro, LLC 2121 Waukegan Road Suite 301 Bannockburn, IL 60015 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Select Portfolio Servicing Po Box 65250 Salt Lake City, UT 84165 | | 1,085,206.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ 1,085,206.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PRIOR TRUSTE DAVID E. GROCHOCINSKI | 2100-000 | NA | 2,101.88 | 2,101.88 | 2,101.88 |
| ARTHUR B. LEVINE COMPANY | 2300-000 | NA | 14.81 | 14.81 | 14.81 |
| ASSOCIATED BANK | 2600-000 | NA | 165.70 | 165.70 | 165.70 |
| INNOVOLAW | 3210-000 | NA | 1,054.50 | 1,054.50 | 1,054.50 |
| INNOVOLAW | 3220-000 | NA | 39.06 | 39.06 | 39.06 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 3,375.95 | $ 3,375.95 | $ 3,375.95 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America Po Box 982235 El Paso, TX 79998 | | 26,186.00 | NA | NA | 0.00 |
| | Bk Of Amer Po Box 982235 El Paso, TX 79998 | | 0.00 | NA | NA | 0.00 |
| | Cap1/neimn Po Box 5253 Carol Stream, IL 60197 | | 0.00 | NA | NA | 0.00 |
| | Capital 1 Bank Attn: Bankruptcy Dept. Po Box 30285 Salt Lake City, UT 84130 | | 153.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase - Toys R Us Chase Card Svcs/Attn:Bankruptcy Dept Po Box 15298 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | Chase Po Box 24696 Columbus, OH 43224 | | 0.00 | NA | NA | 0.00 |
| | Chase-pier1 Chase Card Svcs/Attn:Bankruptcy Dept Po Box 15298 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | Childrens Place/Citicorp Credit Services Attn: Centralized Bankruptcy Po Box 20363 Kansas City, MO 64195 | | 0.00 | NA | NA | 0.00 |
| | Comenity Bank/vctrssec | | 0.00 | NA | NA | 0.00 |
| | Discover Fin Svcs Llc Po Box 15316 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | Dsnb Bloomingdales Macy's Bankruptcy Dept. Po Box 8053 Mason, OH 45040 | | 0.00 | NA | NA | 0.00 |
| | Dsnb Macys 9111 Duke Blvd Mason, OH 45040 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Escallate 5200 Stoneham Rd North Canton, OH 44720 | | 596.00 | NA | NA | 0.00 |
| | Everhome Mortgage Co/Ever Bank Attn: Bankruptcy Department 301 West Bay Street Jacksonville, FL 32202 | | 0.00 | NA | NA | 0.00 |
| | Fia Csna Po Box 982235 El Paso, TX 79998 | | 0.00 | NA | NA | 0.00 |
| | GECRB/ Old Navy Attention: GEMB Po Box 103104 Roswell, GA 30076 | | 0.00 | NA | NA | 0.00 |
| | GECRB/Banana Republic Attn: Bankruptcy Po Box 103104 Roswell, GA 30076 | | 0.00 | NA | NA | 0.00 |
| | Gecrb/belk | | 0.00 | NA | NA | 0.00 |
| | GECRB/Cost Plus World M Attn: Bankruptcy Po Box 103104 Roswell, GA 30076 | | 0.00 | NA | NA | 0.00 |
| | Gecrb/gap 4125 Windward Plaza Alpharetta, GA 30005 | | 0.00 | NA | NA | 0.00 |
| | GECRB/JC Penny Attention: Bankruptcy Po Box 103104 Roswell, GA 30076 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Hsbc/rs 90 Christiana Rd New Castle, DE 19720 | | 0.00 | NA | NA | 0.00 |
| | Hsbc/saks 140 W Industrial Dr Elmhurst, IL 60126 | | 0.00 | NA | NA | 0.00 |
| | Hsbc/vlcty Attention: HSBC Retail Services Po Box 5264 Carol Stream, IL 60197 | | 0.00 | NA | NA | 0.00 |
| | Mid Amer Fsl 55th And Holmes Clarendon Hill, IL 60514 | | 0.00 | NA | NA | 0.00 |
| | Nordstrom FSB Attention: Account Services Po Box 6566 Englewood, CO 80155 | | 1,737.00 | NA | NA | 0.00 |
| | Osi Collect 507 Prudential Rd. Horsham, PA 19044 | | 404.00 | NA | NA | 0.00 |
| | Osi Collect 507 Prudential Rd. Horsham, PA 19044 | | 0.00 | NA | NA | 0.00 |
| | Pier 1/NB/Chase Chase Card Services/Attention: Bankruptc Po Box 15298 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Receivables Performanc 20816 44th Ave W Lynnwood, WA 98036 | | 1,040.00 | NA | NA | 0.00 |
| | Rnb-fields3/Macy's Macy's Bankruptcy Department Po Box 8053 Mason, OH 45040 | | 0.00 | NA | NA | 0.00 |
| | Rnb-fields3/Macy's Macy's Bankruptcy Department Po Box 8053 Mason, OH 45040 | | 0.00 | NA | NA | 0.00 |
| | Talbots 1 Talbots Dr Hingham, MA 02043 | | 0.00 | NA | NA | 0.00 |
| | Target N.b. C/o Target Credit Services Minneapolis, MN 55440 | | 0.00 | NA | NA | 0.00 |
| | The Bureaus Inc. Attention: Bankruptcy Dept. 1717 Central St. Evanston, IL 60201 | | 355.00 | NA | NA | 0.00 |
| | Tnb - Target Po Box 673 Minneapolis, MN 55440 | | 0.00 | NA | NA | 0.00 |
| | Victoria's Secret Attention: Bankruptcy Po Box 182125 Columbus, OH 43218 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Visa Dept. Stores Attn: Bankruptcy Po Box 8053 Mason, OH 45040 | | 106.00 | NA | NA | 0.00 |
| 3 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | NA | 832.47 | 832.47 | 832.47 |
| 1 | DISCOVER BANK | 7100-000 | 8,580.00 | 8,580.39 | 8,580.39 | 8,580.39 |
| 2 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | 861.00 | 714.41 | 714.41 | 714.41 |
| | AMERICAN INFOSOURCE LP AS AGENT FOR | 7990-000 | NA | NA | NA | 1.28 |
| | DISCOVER BANK | 7990-000 | NA | NA | NA | 13.21 |
| | QUANTUM3 GROUP LLC AS AGENT FOR | 7990-000 | NA | NA | NA | 1.10 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 40,018.00 | $ 10,127.27 | $ 10,127.27 | $ 10,142.86 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 14-01685 | DRC | Judge: | Donald R Cassling | Trustee Name: | BRENDA PORTER HELMS, SUCC. TRUSTEE |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | CARMELA A. ST. JOHN | | | | Date Filed (f) or Converted (c): | 01/21/2014 (f) |
| | | | | | 341(a) Meeting Date: | 02/14/2014 |
| For Period Ending: | 07/17/2015 | | | | Claims Bar Date: | 09/16/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 213 COE ROAD CLARENDON HILLS IL  Sold estate's interest per order 8/22/14 | 1,400,000.00 | 0.00 | | 22,000.00 | FA |
| 2. CASH ON HAND | 300.00 | 0.00 | | 0.00 | FA |
| 3. CHECKING ACCOUNT AT PNC | 1,400.00 | 0.00 | | 0.00 | FA |
| 4. HOUSEHOLD GOODS AND FURNISHINGS | 1,600.00 | 0.00 | | 0.00 | FA |
| 5. BOOKS AND ART OBJECTS | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. WEARING APPAREL AND JEWELRY | 1,400.00 | 0.00 | | 0.00 | FA |
| 7. PENSION PLANS AND PROFIT SHARING | 8,000.00 | 0.00 | | 0.00 | FA |
| 8. 2001 ACURA MDX | 3,375.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $1,417,075.00     $0.00     $22,000.00     $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Motion to Employ RE Broker and Motion to Employ Innovalaw up for hearing on 3/7/14
Appointed successor trustee 4/16/14
Successor Trustee sold estate's interest in land trust per order 8/22/14.  Preparing TFR

Initial Projected Date of Final Report (TFR): 12/30/2014     Current Projected Date of Final Report (TFR): 03/31/2015

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 14-01685 | Trustee Name: BRENDA PORTER HELMS, SUCC. TRUSTEE |
| Case Name: CARMELA A. ST. JOHN | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX3649 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX1227 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 07/17/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/25/14 | 1 | CTO, DODE GROUPE<br>3149 Dundee Road #286Northbrook IL 60062 | buyout of trustee's interest in re | 1110-000 | $22,000.00 | | $22,000.00 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $10.00 | $21,990.00 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $32.69 | $21,957.31 |
| 09/18/14 | 10001 | INNOVALAW PC | attorney for trustee fees | 3210-000 | | $1,054.50 | $20,902.81 |
| 09/18/14 | 10002 | INNOVALAW PC. | attorney for trustee expenses | 3220-000 | | $39.06 | $20,863.75 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $31.23 | $20,832.52 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $30.97 | $20,801.55 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $29.93 | $20,771.62 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $30.88 | $20,740.74 |
| 02/19/15 | 10003 | ARTHUR B. LEVINE COMPANY | bond premium | 2300-000 | | $14.81 | $20,725.93 |
| 06/05/15 | 10004 | DAVID E. GROCHOCINSKI, PRIOR TRUSTE | Trustee Compensation | 2100-000 | | $2,101.88 | $18,624.05 |
| 06/05/15 | 10005 | DISCOVER BANK<br>DB Servicing CorporationPO Box 3025New Albany, OH 43054-3025 | Claim 000001, Payment 100.15396% | | | $8,593.60 | $10,030.45 |
| | | | ($13.21) | 7990-000 | | | |
| | | DISCOVER BANK | Claim 000001, Payment 100.15396%     ($8,580.39) | 7100-000 | | | |
| 06/05/15 | 10006 | QUANTUM3 GROUP LLC AS AGENT FOR<br>Comenity BankPO Box 788Kirkland, WA 98083-0788 | Claim 000002, Payment 100.15397% | | | $715.51 | $9,314.94 |
| | | | ($1.10) | 7990-000 | | | |

| | | | Page Subtotals: | | $22,000.00 | $12,685.06 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 14-01685 | Trustee Name: BRENDA PORTER HELMS, SUCC. TRUSTEE | |
| Case Name: CARMELA A. ST. JOHN | Bank Name: Associated Bank | |
| | Account Number/CD#: XXXXXX3649 | |
| | Checking Account (Non-Interest Earn | |
| Taxpayer ID No: XX-XXX1227 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 07/17/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | QUANTUM3 GROUP LLC AS AGENT FOR | Claim 000002, Payment 100.15397%  ($714.41) | 7100-000 | | | |
| 06/05/15 | 10007 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>T Mobile/T-Mobile USA IncPO Box 248848Oklahoma City, OK 73124-8848 | Claim 000003, Payment 100.15376% | | | $833.75 | $8,481.19 |
| | | | ($1.28) | 7990-000 | | | |
| | | AMERICAN INFOSOURCE LP AS AGENT FOR | Claim 000003, Payment 100.15376%  ($832.47) | 7100-000 | | | |
| 06/05/15 | 10008 | ST. JOHN, CARMELA A.<br>213 COE ROADCLARENDON HILLS, IL 60514 | Surplus Funds | 8200-002 | | $8,481.19 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $22,000.00 | $22,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $22,000.00 | $22,000.00 |
| Less: Payments to Debtors | $0.00 | $8,481.19 |
| Net | $22,000.00 | $13,518.81 |

Page Subtotals: $0.00   $9,314.94

UST Form 101-7-TDR (10/1/2010) (Page: 13)

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX3649 - Checking Account (Non-Interest Earn | $22,000.00 | $13,518.81 | $0.00 |
|  | $22,000.00 | $13,518.81 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $22,000.00 |
| Total Gross Receipts: | $22,000.00 |

Page Subtotals: $0.00 $0.00